[No. 5915-1-II. Division Two. April 17, 1985.]

JACK TILLMAN, ET AL, *Respondents,* v. CASCADE
LOGGERS' SUPPLY, INC., *Appellant.*

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 81-2-00236-2, John H. Kirkwood, J.,
entered October 23, 1981. *Reversed* and *remanded* by

unpublished opinion per Alexander, J., concurred in by Worswick, C.J., and Reed, J.